## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**PAUL KEVIN CURTIS**                                                    **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:16cv00290-NBB-JMV**

**UNITED STATES OF AMERICA and**
**JOHN DOES 1-15**                                                    **DEFENDANTS**


### ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting . . . a [] jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Because the defendant has raised the issue of subject matter jurisdiction by separate motion [5],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the jurisdiction motion.

This 8th day of May, 2017.


/s/ Jane M. Virden
U.S. Magistrate Judge